## CLARK v. MITCHELL.

Court of Appeals of Kentucky.

(Decided Feb. 7, 1933.)

VERNON SHUFFETT for appellant.

NOGGLE & GRAHAM for appellee.

PER CURIAM.

Appeal denied; judgment affirmed.

## DIXIE-ATLAS-REPUBLIC INSURANCE COMPANY v. BLACK.

Court of Appeals of Kentucky.

(Decided Feb. 7, 1933.)

STANLEY CHRISMAN for movant.

HARLAN & KENKEL, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## SKAGGS' ADMINISTRATOR v. METROPOLITAN LIFE INSURANCE COMPANY.

Court of Appeals of Kentucky.

(Decided Feb. 17, 1933.)

McCHESNEY & McCHESNEY for appellant.

WILLIAM MARSHALL BULLITT, BRUCE & BULLITT, and CHARLES J. WHITE for appellee.

PER CURIAM.

Appeal denied; judgment affirmed.